UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                     22 CR 139 (PKC)

            -against-                                                                  <u>ORDER</u>

WILLIAM ROSARIO DE LA CRUZ,

                            Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of the government, consented to by defense counsel, the status conference previously scheduled for January 18, 2024 is vacated and a change of plea is scheduled for March 6, 2024 at 3:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to permit the parties to finalize pretrial disposition.  Accordingly, the time between today and March 6, 2024 is excluded.

        SO ORDERED.

                                                            *P. Kevin Castel*
                                                            United States District Judge

Dated: New York, New York
           January 19, 2024